IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MANUEL GARCIA RAMOS,

    Plaintiff,

v.

TAQUERIA EL REY DEL TACO, INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:17-CV-738-MHC

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement [Doc. 32]. The Court reviewed the parties' Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts and attorney's fees shall be made as provided in the Settlement Agreement. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

Accordingly, the Court **GRANTS** the parties' Joint Motion to Approve Settlement [Doc. 32] and **APPROVES** the parties' Settlement Agreement and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 7th day of November, 2017.

_____
MARK H. COHEN
United States District Judge